**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 13 |
| Tommy Williams, Jr., | ) | |
| | ) | Case No.  18-60016-EJC |
| Debtor. | ) | |

## MOTION TO DETERMINE POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

**COMES NOW**, Debtor and filed this Motion to Determine Postpetition Fees, Expenses, and Charges for Claim #5 (Wilmington Savings Fund Society, FSB d/b/a Christina Trust, not in its individual capacity but solely as the trustee for the brougham fund I trust) on the following grounds:

1.

The Debtor filed a Chapter 13 Petition on January 15, 2018.

2.

Claim #5 was filed in the above-entitled case on March 26, 2018.  The total amount of Claim as of the date filed was $145,938.33.  The amount of post-petition mortgage fees, expenses, and charges claimed by Wilmington Savings Fund Society, FSB d/b/a Christina Trust, not in its individual capacity but solely as the trustee for the brougham fund I trust is $650.00 (Doc. 9/21/2018).

3.

The fees charged by Wilmington Savings Fund Society, FSB d/b/a Christina Trust, not in its individual capacity but solely as the trustee for the brougham fund I trust

are excessive and not reasonable under the circumstances. As such, Debtor requests fees, expenses, and charges be reduced to $300.00.

WHEREFORE, J. Michael Hall prays that the Court issue an Order reducing the post-petition allowed fees to $300.00.

This 24th day of September, 2018.

s/ J. Michael Hall
Attorney Bar No.: 319333
Attorney for Debtor

Hall & Navarro, LLC
5 Oak Street
Statesboro, GA  30458
(912) 764-6757

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | |
|---|---|
| In re ) | |
| ) | Chapter 13 |
| Tommy Williams, Jr., ) | |
| ) | Case No. 18-60016-EJC |
| Debtor. ) | |

**ORDER ON MOTION TO DETERMINE POSTPETITION MORTGAGE FEES,**
**EXPENSES, AND CHARGES**

Having read and considered the debtor's Motion to Determine Postpetition Mortgage Fees, Expenses, and Charges, and the court finding good cause,

IT IS HEREBY ORDERED that the Motion is granted. Postpetition Mortgage Fees, Expenses, and Charges of Wilmington Savings Fund Society, FSB d/b/a Christina Trust, not in its individual capacity but solely as the trustee for the brougham fund I trust shall be reduced to $300.00.

**[END OF DOCUMENT]**

Presented by:

/s/ J. Michael Hall                                       NO OPPOSITION:
J. Michael Hall, Bar No. 319333
Attorney for Debtor
5 Oak Street
Statesboro, Georgia 30458                   _____
(912) 764-6757                                     O. Byron Meredith, III, Chapter 13 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

In re                                       )
                                            )          Chapter 13
Tommy Williams, Jr.,                        )
                                            )          Case No.  18-60016-EJC
Debtor.                                     )

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Motion to

Determine Postpetition Mortgage Fees, Expenses and Charges and the proposed order

upon all counsel of record, officer, agent, attorney and interested parties by electronic

notice or United States standard first-class mail:

O. Byron Meredith, III                      Lisa Caplan
Chapter 13 Trustee                          Wilmington Savings Fund Society, FSB
PO Box 10556                                3145 Avalon Ridge Place, Suite 100
Savannah, GA 31412                          Peachtree Corners, GA 30071

                                            Wilmington Savings Fund Society, FSB
                                            500 Delaware Ave.
                                            Wilmington, DE 19801

This 24th day of September, 2018.

/s/ J. Michael Hall
Attorney Bar No. 319333
Attorney for Debtor
Hall & Navarro, LLC
5 Oak Street
Statesboro, GA  30458
Telephone: (912)764-6757
E-Mail: mhall@hallnavarro.com