IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of )
)
TOMMY L. WILLIAMS, JR. ) Chapter 13 Case No. 18-60016-EJC
602 DEPOT DRIVE )
STATESBORO, GA 30461 )
)
)
          Debtor(s)

## MOTION TO DISMISS

COMES NOW, O. Byron Meredith III, Chapter 13 Trustee and shows that the above-named debtor is in default under the terms of his confirmed Chapter 13 plan in the amount and as of the date shown below.

    Amount of Default:     $2860.00
    As of:     October 15, 2018
    Date of Last Payment:     August 07, 2018

WHEREFORE, said Trustee moves to dismiss the case for failure to make promised payments of $725.00 MONTHLY.

    s/ O. Byron Meredith III
    O. Byron Meredith III
    Georgia Bar # 002330
    P.O. Box 10556
    Savannah, GA 31412
    (912) 234-5052

## NOTICE ON MOTION

Pursuant to direction by the court, notice is hereby given that unless the debtor pays the arrearage in full or requests a hearing in writing showing good cause concerning this motion within twenty-one (21) days of the date shown below, the case shall be dismissed. COUNSEL IS ADVISED TO COMPLY WITH BANKRUPTCY RULE 9011 IN FILING ANY SUCH REQUEST.

I certify that copies of this motion and notice have been served upon the above-named debtor(s) and the parties listed below. Unless otherwise noted below, service was made by first-class United States Mail, postage prepaid, this 15 day of October, 2018.

    s/ O. Byron Meredith III
    O. Byron Meredith III
    Georgia Bar # 002330
    P.O. Box 10556
    Savannah, GA 31412
    (912) 234-5052

J MICHAEL HALL
By Electronic Noticing

United States Bankruptcy Court For the Southern District of Georgia
O. Byron Meredith III, Chapter 13 Trustee

PAGE 2

STATUS OF CLAIMS AS OF 10/15/2018

Atty: Carri Johnson

18-60016-EJC TOMMY L. WILLIAMS, JR.
602 DEPOT DRIVE
STATESBORO, GA 30461

ATTY: J MICHAEL HALL
TRUSTEE 10.0%

| | | | | | LAST 5 PMTS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FILED | 01/15/2018 | IC 0.00% AT $725.00 / M | | MOS 60 | 08/07/2018 | 225.00 | PAID IN | | 3,665.00 |
| FIRST MTG | 02/14/2018 | DIRECT PAY | | | 08/07/2018 | 500.00 | SHORTAGE | | |
| CONFIRMED | 03/07/2018 | | | | 06/20/2018 | 745.00 | DELQ | 2,860.00 | |
| MODIFIED | | Bar Date | 05/15/2018 | | 05/30/2018 | 745.00 | PLAN BASE | | 43,500.00 |
| MONTHS REMAINING 52 | | Gov Bar Date | 07/16/2018 | | 03/16/2018 | 725.00 | CLM-TOT | | 43,437.68 |
| | | R/E Equity | 1.00 | | | | | | |
| | | R/E Exemption | $1.00 | | | | | | |
| | | PP Equity | $1.00 | | | | | | |

| NUMBER | CURRENT CLAIM HOLDER NAME | CLM # | CLS | SCHLD PYMT | DISB CODE | Debt | PAID BY TRUSTEE | INTEREST PAID | CLAIMED | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | EAST GA REG MED CENTER | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | SCA COLLECTIONS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | ALLY FINANCIAL | 00001 | SEC | 305.00 | H06 | 15,604.68 | 703.65 | 212.42 | 15,604.68 | 14,901.03 |
| 215108 | INTERNAL REVENUE SERVICE | 00002 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 6,114.89 | 0.00 |
| | ASHLEY FUNDING SERVICES LLC | 00003 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 15.16 | 0.00 |
| | ASHLEY FUNDING SERVICES LLC | 00004 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 6.76 | 0.00 |
| | WILMINGTON SAVINGS FUND SOCIETY | 00005 | OTH | 0.00 | M99 | 0.00 | 0.00 | 0.00 | 145,938.33 | DIRECT |
| | WILMINGTON SAVINGS FUND SOCIETY | 01005 | OTH | 0.00 | B30 | 18,967.99 | 0.00 | 0.00 | 18,967.99 | 18,967.99 |
| | CLERK US BANKRUPTCY COURT AUGU | 991 | AA | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | PAID O/S |
| | CLERK US BANKRUPTCY COURT AUGU | 994 | AA | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | J MICHAEL HALL | 999 | LP | 0.00 | | 4,500.00 | 2,382.43 | 0.00 | 4,500.00 | 2,117.57 |
| | TRUSTEE FEE | | TRU | | | 4,365.01 | 366.50 | | 4,365.01 | 3,998.51 |

| | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER | INTEREST | UNDISBURSED |
|---|---|---|---|---|---|---|---|---|
| DEBT | 15,604.68 | 0.00 | 6,136.81 | 4,365.01 | 4,500.00 | 18,967.99 | | |
| PAID | 703.65 | 0.00 | 0.00 | 366.50 | 2,382.43 | 0.00 | 212.42 | 0.00 |
| BALANCE | 14,901.03 | 0.00 | 0.00 | 3,998.51 | 2,117.57 | 18,967.99 | BALANCE | 39,985.10 |

(THIS IS NOT A PAYOFF BALANCE)
AT 10/15/2018